UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRENE GRIVAS, | : |
|       Plaintiff, | : |
| | : |
| v. | :  No. 5:24-cv-6923 |
| | : |
| DANENE SORACE, *MAYOR OF* | : |
| *LANCASTER, PENNSYLVANIA, et al.*, | : |
|       Defendants. | : |

# **O R D E R**

**AND NOW**, this 30th day of June, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    The Motion to Dismiss, *see* ECF No. 47, is **GRANTED in part**;

        a.    The Court will **ABSTAIN** from hearing all claims for injunctive relief in this case;

        b.    The remaining claims for monetary damages are **STAYED** pending resolution of the appeal(s) pertaining to *City of Lancaster v. Irene Grivas*, No. CI-25-00813 (C.C.P. Lancaster County, Feb. 6, 2025);

        c.    In all other respects, the Motion is **DENIED without prejudice**;

    2.    Defendant City of Lancaster **SHALL** provide a status update of the underlying state court action on July 30, 2025, and on the 30th day of every month thereafter;

3. The Parties **SHALL** notify the Court within 30 days after those proceedings conclude.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge